Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.:  18−30863−CMG
          Chapter:  13
          Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alcira Marquez
   821 Ross Street
   Toms River, NJ 08753

Social Security No.:
   xxx−xx−1732

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/18/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 19, 2019
JAN: amg

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-30863-CMG
Alcira Marquez                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jul 19, 2019
                              Form ID: 148             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2019.
```
db             +Alcira Marquez,    821 Ross Street,    Toms River, NJ 08753-3727
517823704       Embrace Home Loans,    PO Box 19409,    Charlotte, NC 28219-9409
517925406      +RoundPoint Mortgage Servicing Corporation,    5016 Parkway Plaza Blvd Buildings 6&8,
                 Charlotte, NC 28217-1932
517840934      +US Dept. of HUD,    451 7th St., S.W.,    Washington, D.C. 20410-0001
517823709      +Vivint Solar,    687 Prospect Street #480,    Lakewood, NJ 08701-4648
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 19 2019 22:35:47      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 19 2019 22:35:46      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517864960       EDI: PHINAMERI.COM Jul 20 2019 02:33:00      Americredit Financial Services, Inc.,
                 DBA GM Financial,    P.O Box 183853,    Arlington, TX 76096
517823705      +EDI: AMINFOFP.COM Jul 20 2019 02:33:00      First Premier,    601 S Minnesota Avenue,
                 Sioux Falls, SD 57104-4824
517823706      +EDI: PHINAMERI.COM Jul 20 2019 02:33:00      GM Financial,    PO Box 181145,
                 Arlington, TX 76096-1145
517873838       EDI: RESURGENT.COM Jul 20 2019 02:33:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Arrow Financial Services,,    LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517823707       E-mail/Text: courts@southeastfinancial.org Jul 19 2019 22:35:51      Southeast Financial CU,
                 5110 Maryland Way Ste 10,    Brentwood, TN 37027
517823708      +EDI: RMSC.COM Jul 20 2019 02:33:00      SYNCB,    PO Box 965024,    Orlando, FL 32896-5024
517880908      +E-mail/Text: courts@southeastfinancial.org Jul 19 2019 22:35:51      Southeast Financial CU,
                 220 S. Royal Oaks Blvd.,    Franklin, TN 37064-5313
517824346      +EDI: RMSC.COM Jul 20 2019 02:33:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517886909*     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                 (address filed with court:   AmeriCredit Financial Services, Inc.,    dba GM Financial,
                 P O Box 183853,    Arlington, TX 76096)
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2019 at the address(es) listed below:
```
              Albert Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   Embrace Home Loans, Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              James J. Cerbone    on behalf of Debtor Alcira  Marquez cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor   Embrace Home Loans, Inc. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```